```
KURT ERIC HELMAN              CITIBANK, N.A.                SHERI HELMAN
112 KNOLL CREEK DRIVE         RADIUS                        112 KNOLL CREEK DRIVE
CARRIERE, MS 39426            P.O. BOX 390905               CARRIERE, MS 39426
                              MINNEAPOLIS, MN 55439


MARY S. MCPHERSON             CSD COLLECTIONS               SYNCHRONY BANK
MCPHERSON & MCPHERSON         PO BOX 64828                  ATTN: BANKRUPTCY DEPT.
2448 HIGHWAY 53 SOUTH         BATON ROUGE, LA 70896         P.O. BOX 965060
POPLARVILLE, MS 39470                                       ORLANDO, FL 32896-5060


AMERICAN EXPRESS              FIRST NATIONAL BANK OF
P.O. BOX 981537               PICAYUNE
EL PASO, TX 79998-1537        121 E. CANAL STREET
                              PICAYUNE, MS 39466


AMERICAN EXPRESS              NAVY FEDERAL CREDIT UN
FIRSTSOURCE                   P.O. BOX 3100
205 BRYANT WOODS S            MERRIFIELD, VA 22119
AMHERST, NY 14228


AMERICAN EXPRESS/RADIU        NAVY FEDERAL CREDIT UN
500 N FRANKLIN TURNPIK        P.O. BOX 3100
SUITE 200                     MERRIFIELD, VA 22119-3100
RAMSEY, NJ 07446


BANK OF AMERICA               NAVY FEDERAL CREDIT UN
P.O. BOX 982238               P.O. BOX 3501
EL PASO, TX 79998             MERRIFIELD, VA 22119-3501


BEST BUY/CBNA                 NAVY FEDERAL CREDIT UN
P.O. BOX 6497                 P.O. BOX 3000
SIOUX FALLS, SD 57117         MERRIFIELD, VA 22119-3000


CAPITAL ONE                   OCHSNER HEALTH SYSTEM
PO BOX 30281                  1514 JEFFERSON HWY.
SALT LAKE CIT, UT 84130       NEW ORLEANS, LA 70121


CITIBANK, N.A.                PAY PAL CREDIT
HOME DEPOT                    P.O. BOX 5138
P.O. BOX 6497                 TIMONIUM, MD 21094
SIOUX FALLS, SD 57117-6497
```