UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   KURT ERIC HELMAN                    CASE NO. 19-51476-KMS

        Debtor                                    CHAPTER 7

CERTIFICATE OF COMPLIANCE -
PAYMENT ADVICES FILED WITH TRUSTEE

    I certify that on September 30, 2019 I provided Kimberly R. Lentz, Chapter 7 Trustee with:

    All payment advices or other evidence of payment received by Debtor from any employer of the Debtor within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and the Standing Order of this Honorable Court entered on 9 December 2008.

I certify that I sent the Declaration Regarding Payment Advices to Kimberly R. Lentz by uploading the Declaration to AXOSFS Document Delivery at https://documentdelivery.axosfs.com on September 30, 2019.

                                      Respectfully submitted,

    September 30, 2019              /S/Mary S. McPherson

Dated:_____    _____
                                         Mary S. McPherson (MS Bar #101042)
                                         McPherson & McPherson
                                         2448 Highway 53 South
                                         Poplarville, Mississippi 39470
                                         Telephone: (601)795-0379
                                         Email: mary.mcpherson@yahoo.com
                                         Attorney for Debtor,
                                         Kurt Eric Helman

Certificate of Service

I certify that on September 30, 2019 the foregoing Certificate of Compliance - Payment Advices Filed With Trustee was served electronically via CM/ECF on:

1.     U.S. Trustee to:        USTPRegion05.JA.ECF@usdoj.gov

2.     Kimberly R. Lentz, Chapter 7 Trustee, to:

        7trustee@lentzlittle.com

        klentz@ecf.axosfs.com

Dated:  September 30, 2019      /S/Mary S. McPherson
_____      _____
                                                            Mary S. McPherson (MS Bar #101042)
                                                            McPherson & McPherson
                                                            2448 Highway 53 South
                                                           Poplarville, Mississippi 39470
                                                           Telephone: (601)795-0379
                                                           Email: mary.mcpherson@yahoo.com
                                                           Attorney for Debtor,
                                                           Kurt Eric Helman